Jacob Sabin, Respondent, v. Edwin Robitzek, Inc., a Domestic Corporation,

---

Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.